IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOWELL QUINCY GREEN, #518622, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL NO. 3:18-CV-2556-K | |
| § | | |
| TEXAS PAROLE BOARD, et al., § | | |
| Defendants. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff is **BARRED** by three strikes and that his motion to proceed *in forma pauperis* is **DENIED**. *See* 28 U.S.C. § 1915(g).

SO ORDERED.

Signed October 15th, 2018.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE